UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT the new case number 08 CV 564 was assigned in error; and

IT FURTHER APPEARING that the new case 08 CV 564 was a duplicate assignment of 08 CV 536, United States Commodity Futures Trading Commission vs. Diego Mariano Rolando, that was assigned to the calendar of Judge St. Eve of this court; therefore

IT IS HEREBY ORDERED that the assignment of 08 CV 564 to Judge Bucklo shall be vacated and that case number 08 CV 564 shall not be used for any other proceeding.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
James F. Holderman
Chief Judge

Dated at Chicago this 29th day of January, 2008.